## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KIMO K. DAVIS,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 05-cv-793-DRH** |
| vs. ) | |
| ) | **CRIMINAL NO. 04-cr-30082** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Without benefit of a plea agreement, Petitioner pleaded guilty to possession with intent to distribute 50 grams or more of cocaine base, a violation of 21 U.S.C. § 841(a)(1). On December 3, 2004, Petitioner was sentenced to 120 months imprisonment, five years supervised release, a fine of $750, and a special assessment of $100. On November 2, 2005, Petitioner filed the instant motion under § 2255, in which he raises just one ground for relief – he asserts that Counsel was ineffective because Counsel failed to file a direct appeal as requested to challenge his sentence.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED:   November 30, 2005.**

/s/   David RHerndon
**DISTRICT JUDGE**