IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KIMO K. DAVIS,**

**Petitioner/Defendant,**

v.

**UNITED STATES OF AMERICA,**

**Respondent/Plaintiff.**           **No. 05-CV-793-DRH**
                                    **No. 04-CR-30082**

## ORDER

**HERNDON, District Judge:**

This cause comes before the Court on the Government's Motion for Extension of Time to Respond to Defendant's Motion Pursuant to 28 U.S.C. §2255. For good cause shown, said motion is hereby granted, and the Government has until on or before January 30, 2006, to respond to Defendant's Motion Pursuant to 28 U.S.C. §2255.

**IT IS SO ORDERED.**

Signed this 21st day of December, 2005.

/s/        David RHerndon
**United States District Judge**