IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KIMO K. DAVIS,**

**Petitioner/Defendant,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent/Plaintiff.**                               **No. 05-CV-793-DRH**

## ORDER

**HERNDON, District Judge:**

      Before the Court is a motion submitted by the government seeking an order from this Court compelling Attorney Andrea Smith, Petitioner Kimo Davis's ("Petitioner") former attorney, to submit an affidavit detailing her communications with Petitioner.  (Doc. 8.)  The government, however, offers no suggestion as to what authority might permit this Court to compel Attorney Smith — who is neither a party nor an attorney in this civil matter — to submit such an affidavit.  Accordingly, this Court **DENIES at this time** the government's motion to compel.  If the government desires to compel Attorney Smith to share her communications with Petitioner, it can either resubmit its motion with a discussion of the authority that allows this Court

to compel a nonparty to take a specific course of action, or perhaps it may subpoena Attorney Smith itself and take her deposition.  If Ms. Smith raises a privilege issue as the Government seems to contemplate, the Court can be called upon to take up the issue upon a proper motion.

**IT IS SO ORDERED**.

Signed this 28th day of July, 2006.

          /s/          David   RHerndon
**United States District Judge**