# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMO K. DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 05-CV-793-DRH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner, Kimo Davis' Petition/Motion to Vacate, Set Aside or Correct Sentence pursuant to **28 U.S.C. §2255**

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 9, 2009, the petition is **DENIED** and this case is **DISMISSED** with prejudice------------------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
       **Deputy Clerk**

Dated: June 10, 2009


APPROVED: /s/     *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT